AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| | | |
|---|---|---|
| United States of America<br>v.<br><br>TORIO CHAZ WISEMAN<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:25CR177 |

**RECEIVED OCT 2 3 2025**
U.S. MARSHALS
NORTHERN DISTRICT
OF MISSISSIPPI

2042-1023-0050-J

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* TORIO CHAZ WISEMAN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

DRUG DISTRIBUTION; DRUG AND FIREARM CONSPIRACY

Date: 10/22/2025

*Issuing officer's signature*
Deputy Clerk

City and state: Oxford, Mississippi

David Crews, Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 10/23/25, and the person was arrested on *(date)* October 30, 2025
at *(city and state)* Memphis, TN.

Date: 10/30/2025

*Arresting officer's signature*

Zachary Hampton, Special Agent FBI
*Printed name and title*