FORM 6 (ND/SD MISS. DEC. 2016)

*Form 6 – Application for Admission Pro Hac Vice*

UNITED STATES DISTRICT COURT
NORTHERN _____ DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA,  Plaintiff

v.  CIVIL ACTION NO.  4:25-CR-177-MPM-JMV-13

TORIO CHAZ WISEMAN,  Defendant

### APPLICATION FOR ADMISSION PRO HAC VICE

(A)  Name:  ANDRE COURTNEY WHARTON

Firm Name:  THE WHARTON LAW FIRM

Office Address:  1575 MADISON AVENUE

City:  MEMPHIS  State TN  Zip 38104

Telephone:  (901) 726-6884  Fax: (901) 726-6844

E-Mail:  andrecwharton@thewhartonlawfirm.com

(B)  Client(s):  TORIO CHAZ WISEMAN

Address:  979 DR. HOLLIS F. PRICE STREET

City:  MEMPHIS  State TN  Zip 38126

Telephone:  (901) 859-1573  Fax: N/A

The following information is optional:

106

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

N/A

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

No

(C)     I am admitted to practice in the:

[X]     State of    TENNESSEE

[ ]     District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within 90 days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Board of Professional Responsibility of the
Supreme Court of Tennessee
10 Cadillac Drive, Suite 220
Brentwood, Tennessee 37027
(615) 361-7500
www.tbpr.org

All other courts before which I have been admitted to practice:

North Carolina

107

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| North Carolina | August, 2002 |

|  |  | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | ☐ | ☒ |
|  | Have you had admission pro hac vice revoked in this state? | ☐ | ☒ |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ☐ | ☒ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:      N/A

|  |  | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ☐ | ☒ |

108

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

N/A

|  |  | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ☐ | ☒ |

If the answer was "yes," describe, as to each such order, the nature of the allegations; the name of the court before which such proceedings were conducted; the date of the contempt order or sanction; the caption of the proceedings; and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application). N/A

(G) Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| Southaven Municipal Court 8889 Northwest Drive; Southaven, MS 38671 | 8/22/2023 | Granted |
| Desoto County Circuit Court 2535 Highway 51 South; Hernando, MS 38632 | 5/8/2024 | Granted |
| Desoto County Circuit Court 2535 Highway 51 South; Hernando, MS 38632 | 10/4/2024 | Granted |
| Desoto County Municipal Court 6900 Highland Street; Olive Branch, MS 38654 | 10/4/2024 | Granted |
| Desoto County Justice Court 3423 Industrial Drive W.; Hernando, MS 38632 | 6/2/2025 | Granted |
| United States District Court for the Northern District of Mississippi 911 Jackson Avenue; Oxford, MS 38655 | 12/23/2025 | Pending |

FORM 6 (ND/SD MISS. DEC. 2016)

(H)     Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding 12 months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

Name and Address of Court                Style of Case

Southaven Municipal Court                State of Mississippi v. Vameta Warren
  8889 Northwest Drive; Southaven, MS 38671
Desoto County Circuit Court              State of Mississippi v. Jacquce Gibson
  2535 Highway 51 South; Hernando, MS 38632
Desoto County Circuit Court              State of Mississippi v. Willie Thomas
  2535 Highway 51 South; Hernando, MS 38632
Desoto County Municipal Court            State of Mississippi v. Michelle Faggett
  6900 Highland Street; Olive Branch, MS 38654
Desoto County Justice Court              State of Mississippi v. Antonio R. Landeros
  3423 Industrial Drive W.; Hernando, MS 38632
United States District Court             U.S. v. Torio C. Wiseman
Northern District - 911 Jackson Ave., East; Oxford, MS 38655     Yes     No

(I)     Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI?     [ X ]   [  ]

        Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT?     [ X ]   [  ]

(J)     Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number     ALEXANDER CONRAD WHARTON (MSB No. 106742)

Firm Name:              THE WHARTON LAW FIRM

Office Address:         1575 MADISON AVENUE

City:    MEMPHIS                          State:  TN    Zip:  38104

Telephone:  (901) 726-6884               Fax:  (901) 726-6844

Email address:  alexanderwharton@thewhartonlawfirm.com

110

FORM 6 (ND/SD MISS. DEC. 2016)

(K)     The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

1/6/26
Date

_____
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for

Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who

have appeared in this case.

This the _7th_ day of _January_, 20 _26_.

_____
Resident Attorney

111