

# BOARD OF PROFESSIONAL RESPONSIBILITY
of the
## SUPREME COURT OF TENNESSEE

**10 CADILLAC DRIVE, SUITE 220**
**BRENTWOOD, TENNESSEE 37027**
**(615) 361-7500**
**(800) 486-5714**
**FAX: (615) 367-2480**
**www.tbpr.org**

SANDY L. GARRETT
  CHIEF DISCIPLINARY COUNSEL
STEVEN J. CHRISTOPHER
  DEPUTY CHIEF DISCIPLINARY COUNSEL INVESTIGATIONS
A. RUSSELL WILLIS
  DEPUTY CHIEF DISCIPLINARY COUNSEL LITIGATION
LAURA L. CHASTAIN
  ETHICS COUNSEL
BEVERLY P. SHARPE
  DIRECTOR OF CONSUMER ASSISTANCE

DOUGLAS R. BERGERON
R. DAVISON DOUGLAS
ERIC A. FULLER
JOHN E. GILLILAND
MAUREEN F. HUGHES
HEATHER D. PIPER
EILEEN BURKHALTER SMITH
TIFFANY D. TANT-SHAFER
  DISCIPLINARY COUNSEL

December 15, 2025

Mr. Andre Courtney Wharton
1575 Madison Ave
Memphis, TN 38104-2452

Re:     Andre Courtney Wharton
       BPR #022588

TO WHOM IT MAY CONCERN:

On December 18, 1975, the Tennessee Supreme Court established the Board of Professional Responsibility of the Supreme Court of Tennessee to supervise the conduct of attorneys licensed to practice law in this state.

The records of the Board of Professional Responsibility indicate that the attorney referenced above was licensed in Tennessee to practice law and sworn in on 6/5/2003. The attorney's license is currently Active and is in good standing.

Enclosed for your review is a report generated from our case management system. A blank report indicates that our office has never opened an investigative file on this attorney.

Sincerely,

Molly Leins
Registration Director

ML/lw

Enclosure

Case: 4:25-cr-00177-MPM-JMV Doc #: 146 Filed: 01/09/26 1 of 1 PageID #: 364